[No. 24160-5-I. Division One. April 15, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL JOSEPH FOUKE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 89-8-00387-4, Anthony P. Wartnik, J., entered May 9, 1989. *Affirmed* by unpublished opinion per Pekelis, J., concurred in by Coleman and Kennedy, JJ.

[No. 25084-1-I. Division One. April 15, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. FRANK D. POLLARD, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85-1-01366-9, R. Joseph Wesley, J., entered October 24, 1989. *Affirmed* by unpublished per curiam opinion.

[No. 25324-7-I. Division One. April 15, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. HELGE ANDREAS DONNESTAD, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 89-1-04448-6, Arthur E. Piehler, J., entered December 13, 1989. *Reversed* by unpublished opinion per Scholfield, J., concurred in by Baker and Agid, JJ.